UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANTE ELLIS,

        Plaintiff,                       No. C 13-4071 PJH

        v.                            **ORDER OF REFERENCE**
                                           **TO MAGISTRATE JUDGE**

SCHOLASTIC BOOK FAIRS, et al.,

        Defendants.

_____/

        Pursuant to Local Rule 72-1, this matter is hereby referred to a Magistrate Judge for resolution of all discovery disputes.

        When a discovery dispute arises, the parties shall first meet and confer in an attempt to resolve it without court intervention.  After the parties have met and conferred,  they shall prepare a joint letter of not more than 8 pages with no more than 12 pages of attachments, explaining the dispute.  The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings> Motions--General>Discovery Letter Brief."  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated:  January 8, 2014

                                    _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge

cc:  MagRef, Assigned M/J, counsel of record